Matthew G. Monforton  (Montana Bar # 5245)
Monforton Law Offices, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone:  (406) 570-2949
matthewmonforton@yahoo.com

Quentin M. Rhoades
Rhoades, Siefert & Erickson, PLLC
430 Ryman Street
Missoula, MT 59802
(406) 721-9700
qmr@montanalawyer.com

Attorneys for Plaintiff Montana Citizens For Right to Work

**UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| MONTANA CITIZENS FOR RIGHT TO WORK, a Montana incidental political committee, <br><br> Plaintiff, <br> v. <br><br> JEFFREY MANGAN, in his official capacity as Montana Commissioner of Political Practices, <br><br> Defendant. | ) <br> ) Case No.  CV-21-68-H-DWM <br> ) <br> ) <br> ) **PLAINTIFF'S MOTION FOR** <br> ) **SUMMARY JUDGMENT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Plaintiff Montana Citizens For Right to Work moves this Court for an order

granting summary judgment as to its claims for relief in its Verified Complaint.

Doc. 1.  The motion is based upon (1) Plaintiff's Verified Complaint, (2) Plaintiff's

Brief in Support of Motion, and (3) Plaintiff's Statement of Undisputed Facts.

Per Local Rule 7.1(c)(1), Defendant has not yet appeared in this action and therefore has not been contacted about this motion.

DATED: September 14, 2021      Respectfully submitted,

            /s/ Matthew G. Monforton
            Matthew G. Monforton
            Attorney for Plaintiff