UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA CITIZENS FOR RIGHT TO WORK, a Montana Incidental Political Committee,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY MANGAN, in his official capacity as Montana Commissioner of Political Practices,<br><br>Defendant. | Case No. CV-21-068-H-DWM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X   Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Opinion and Order (Doc. 21), Judgement is entered in favor of Plaintiff and against the defendant.

Dated this 18th day of January 2022.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk