IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA CITIZENS FOR RIGHT TO WORK, a Montana incidental political committee, | CV 21–68–H–DWM |
| Plaintiff, | ORDER |
| vs. | |
| JEFFREY MANGAN, in his official capacity as Montana Commissioner of Political Practices, | |
| Defendant. | |

The parties having stipulated to an award of attorney fees and costs, (*see*

Doc. 25),

IT IS ORDERED that the plaintiff is AWARDED attorney fees in the

amount of $17,880.00 and costs in the amount of $633.  *See* 42 U.S.C. § 1988.

DATED this 16ᵗʰ day of February, 2022.

_____
Donald W. Molloy, District Judge
United States District Court